**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No. 1:16-CR-26 |
| v. | § § § | **CAPITAL 2255 PROCEEDINGS** |
| CHRISTOPHER EMORY CRAMER | § § § § | HON. MARCIA A. CRONE |

## <u>MOVANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT</u>

Christopher Emory Cramer respectfully moves for the Court for leave to exceed the page limit established by local rule for motion files pursuant to 28 U.S.C. § 2255. In support of this request, Mr. Cramer states the following:

Mr. Cramer is currently incarcerated in Terre Haute, Indiana, having been convicted and sentenced to death in this Court. His motion to be filed under 28 U.S.C. § 2255 is due on September 21, 2023. Local Rule CV-3(b) requires that Movant seek leave of court to file a petition which exceeds one hundred pages.

As currently presented, the Motion is approximately 202 pages. The Motion presents eighteen claims for relief and is supported by over one hundred exhibits containing approximately 1,500 pages. Cramer believes that the number and complexity of the issues presented merit this additional length.

The records from the underlying proceeding are voluminous. The trial in Mr. Cramer's case occurred over the course of approximately 11 weeks, generating over 7,600 pages of

reporter's transcript. By the conclusion of trial, events in the case had generated more than 670 docket entries.

Although Mr. Cramer has worked diligently to present his claims as concisely as possible, additional pages are necessary to meet the pleading requirements under 28 U.S.C. § 2255 and to lay out the complex facts underlying Mr. Cramer's claims. Motions filed pursuant to 28 U.S.C. § 2255 must contain factual specificity. Rule 2 of the rules governing 28 U.S.C. § 2255 requires that such motions "specify all the grounds for relief available to the moving party" and include a summary of the facts supporting each ground and a statement of the relief requested. *See also United States v. Auten*, 632 F.2d 478, 480 (5th Cir. 1980) (upholding denial of an evidentiary hearing as to claims which consisted of "conclusory assertions," but granting a hearing as to other claims pled with greater specificity); *Miller v. Johnson*, 200 F.3d 274, 282 (5th Cir. 2000) ("[C]onclusory allegations of ineffective assistance of counsel do not raise a constitutional issue in a federal habeas proceeding").

Mr. Cramer requires additional pages to adequately present his claims for relief. These claims stem from all stages of the proceedings, including challenges to the adequacy of trial counsel's investigation and preparation for trial; the systematic exclusion of distinct groups from Cramer's jury pool; ineffective assistance of counsel during voir dire, the guilt phase, and the penalty phases of trial; ineffective assistance of appellate counsel; instructional error; and prosecutorial misconduct. Because Cramer's claims arise from all stages of trial, the factual bases for many of these claims do not overlap and require separate explanation in each claim. To support Mr. Cramer's allegations, Cramer must lay out key findings from post-conviction counsel's extensive investigation, including documentary records and new evidence from witnesses. Moreover, Cramer has retained several expert witnesses, including mental health experts, whose

findings require explanation in the Motion.

Undersigned counsel have conferred with counsel for the government, and the government does not oppose this request.

Accordingly, Mr. Cramer respectfully requests that the Court grant his motion for leave to exceed the page limit and authorize him to file and over length Motion. If the Court denies this motion in whole or in part, Mr. Cramer respectfully requests that the Court allow him to re-file the Motion nunc pro tunc as of September 21, 2023 so that the Motion is timely filed.

.                                                        Respectfully submitted,

                                                        CUAUHTEMOC ORTEGA
                                                        Federal Public Defender


DATED:  September 21, 2023                    By:  /s/ Laura Paul
                                                        LAURA PAUL
                                                        CA Bar No. 329386
                                                        Deputy Federal Public Defenders
                                                        321 East 2nd Street
                                                        Los Angeles, California 90012-4202
                                                        Telephone: 213-894-3217
                                                        Facsimile: 213-894-0081
                                                        Email: Laura_Paul@fd.org

                                                        DEVON PORTER
                                                        CELESTE BACCHI (AFPD-W.D.Pa)

                                                        Attorneys for Defendant
                                                        CHRISTOPHER EMORY CRAMER

3

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No.1:16-CR-26 |
| v. | § § § | **CAPITAL 2255 PROCEEDINGS** |
| CHRISTOPHER EMORY CRAMER | § § § § | HON. MARCIA A. CRONE |

## CERTIFICATE OF CONFERENCE

On September 8, 2023, counsel conferred with counsel for the government, and the government indicated that they did not oppose this request.

 */s/ Laura Paul*
LAURA PAUL

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this 21st day of September 2023. Any other counsel of record will be served by facsimile transmission and/or first-class mail, return receipt requested, on this 21st day of September 2023.

 */s/ Laura Paul*
LAURA PAUL