# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No.1:16-CR-26 |
| v. | § § § | **CAPITAL 2255 PROCEEDINGS** |
| CHRISTOPHER EMORY CRAMER | § § § § | HON. MARCIA A. CRONE |

### ORDER

Cramer's Unopposed Motion to Exceed Page limit is GRANTED.


**IT IS SO ORDERED.**


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE