# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No. 1:23-cv-355 |
| v. | § § | **CAPITAL 2255 PROCEEDINGS** |
| CHRISTOPHER EMORY CRAMER | § § § § | HON. MARCIA A. CRONE |

## <u>ORDER</u>

Cramer's Unopposed Motion to Exceed Page limit is GRANTED.


**IT IS SO ORDERED.**