IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:23-CV-00355-MAC-ZJH |
| | § | |
| CHRISTOPHER EMORY CRAMER | § | |

## GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

The United States hereby designates the following Assistant United States Attorney

as counsel in this case, and respectfully requests that the same be noted by the Clerk of the

Court and that this attorney be added to the list of counsel in this case to receive all future

notices, orders, and filings via the Court's CM/ECF system:

Traci L. Kenner
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1436 (fax)
Traci.Kenner@usdoj.gov

**Notice of Appearance of Counsel  Page 1 of 2**

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY


*/s/ Traci L. Kenner*
TRACI L. KENNER
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1436 (fax)
Traci.Kenner@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that this notice of change of attorney has been served on counsel of record

via the court's CM/ECF filing system on October 23, 2023.

*/s/ Traci L. Kenner*
TRACI L. KENNER

**Notice of Appearance of Counsel  Page 2 of 2**