IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER, #10422-081 | § | |
| VS. | § | CIVIL ACTION NO. 1:23-cv-355 CRIM. NO. 1:16-CR-00026(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER TO ANSWER

The motion filed pursuant to 28 U.S.C. § 2255 (Dkt. #11) to vacate, set aside or correct the sentence imposed in this case having been referred to the undersigned United States Magistrate Judge for consideration, and having considered same, this court is of the opinion that an answer from the Government is required. It is therefore

**ORDERED** that the Clerk of Court shall deliver or serve a copy of the § 2255 motion upon Traci L. Kenner, Assistant United States Attorney. Service by electronic means is acceptable, absent further order from the Court. *See* Rule 3(b), Rules Governing Section 2255 Proceedings. It is further

**ORDERED** that the United States Attorney, on behalf of the United States of America, shall have until October 4, 2024 to answer the motion in full compliance with 28 U.S.C. § 2255 and to show why the relief prayed for should not be granted. *See* Rule 4(b), Rules Governing Section 2255 Proceedings.

SIGNED this 8th day of July, 2024.

_____
Zack Hawthorn
United States Magistrate Judge