IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | |
| V. | § | No. 1:23-CV-355 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |

### GOVERNMENT'S UNOPPOSED MOTION
### TO EXTEND TIME TO FILE RESPONSE

For the reasons set out below, the government moves for a four-month extension of time to file a response to Christopher Emory Cramer's Section 2255 motion, moving the deadline from October 4, 2024, to February 4, 2025.

## I.  Proceedings

Cramer and Ricky Fackrell were convicted and sentenced to death for the prison murder of a fellow inmate.  They jointly appealed their convictions and sentences on numerous grounds, and the Fifth Circuit affirmed.  *United States v. Fackrell*, 991 F.3d 589 (5th Cir. 2021).  The Supreme Court denied Cramer's petition for writ of certiorari on March 21, 2022, *Cramer v. United States*, 142 S.Ct. 1372 (2022), thus starting the limitations period for filing a motion under 28 U.S.C. § 2255.  The government subsequently agreed to a limited waiver of the statute of limitations that effectively extended Cramer's deadline for filing a Section 2255 motion to September 21, 2023.

On September 21, 2023, Cramer filed a motion to vacate under 28 U.S.C. § 2255. ECF Doc. No. 1, 4 (sealed).  On October 13, 2023, the Court struck that motion and ordered Cramer to file a motion that did not exceed 170 pages in length.  ECF Doc. No.

**Motion for Extension, Page 1**

7.  Cramer filed his redacted motion on December 8, 2023.  ECF Doc. No. 11.  The motion sets out 18 claims, many with multiple sub-parts, and is accompanied by voluminous exhibits.  ECF Doc. No. 11, 12.

The Court entered a show cause order on July 8, 2024, ordering the government to file a response by October 4.  ECF Doc. No. 13.  For the reasons stated below, the government respectfully moves for a four-month extension in which to file a response.

## II.  Grounds for Motion

The undersigned is a member of the Appellate Section of the U.S. Attorney's Office for the Eastern District of Texas, a unit that comprises four Assistant U.S. Attorneys, two paralegals (one of whom is a lawyer), and a legal assistant.  For the past three months, the section has been undergoing an extraordinary staffing shortage: one AUSA and the paralegal/lawyer have been out of the office due to serious health issues and will continue to be out indefinitely.  The sole legal assistant also had to be out of the office for personal issues and was able to return to work only recently.  Even with assistance from the Department of Justice and other AUSAs in this district, the staffing shortage has resulted in an increased workload for remaining team members.

Additionally, the undersigned's 90-year-old mother sustained a back injury in June that has required numerous trips to doctors and two rounds of spinal injections, with the possibility of more injections or surgery in the offing.  She is currently undergoing physical therapy three times a week and will be doing so for the next three weeks.  The undersigned accompanies her mother to appointments and has factored time away from the office into the length of the requested extension.

Despite the staffing and personal challenges, the undersigned is in the best position to prepare the government's response in the shortest time possible. The record in this case is more than 24,000 pages in length, and the undersigned read it while preparing the response to Fackrell's Section 2255 motion. Knowing the record, working on Fackrell's response, and assisting with a few issues in Fackrell and Cramer's direct appeal provides the undersigned with a familiarity that should make drafting the response for this case more efficient than if it were reassigned.

### III.  Certificate of Conference

The undersigned conferred by email with Laura Paul, counsel for Cramer, on September 5, 2024, and she does not oppose the requested extension.

### IV.  Conclusion

For the reasons stated above, the United States respectfully requests a four-month extension of time, to and including Tuesday, February 4, 2025, in which to file a response to Cramer's Section 2255.

Respectfully submitted,

Damien M. Diggs
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400

**Motion for Extension, Page 3**

(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on September 10, 2024, this document was served by the Court's

ECF system on Laura Paul, counsel for Cramer.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney