IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHRISTOPHER EMORY CRAMER     §
    §
V.     §   No. 1:23-CV-355
    §
UNITED STATES OF AMERICA     §

## **ORDER**

The government has moved for a four-month extension of time, to and including Tuesday, February 4, 2025, in which to file a response to Christopher Emory Cramer's Section 2255 motion.

After considering the motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Unopposed Motion to Extend Time to File Response is GRANTED.

It is further ORDERED that the government file a response to Cramer's Section 2255 motion no later than February 4, 2025.