IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER, #10422-081 | § § § § | CIVIL ACTION NO. 1:23-cv-355 |
| VS. | § § § | DEATH PENALTY |
| UNITED STATES OF AMERICA | § § | |

## ORDER

Before the court is the Government's *Unopposed Motion to Extend Time to File Response* (document no. 14). The Government is requesting an extension of time until February 4, 2025, to file a response or an answer to Movant's Section 2255 Motion. In support of the motion, the counsel for the Government explains that a severe staffing shortage, along with reviewing a voluminous record, and determining an appropriate response to the eighteen claims with multiple subparts to the Section 2255 Motion requires an extension of time. The request is reasonable. It is therefore

**ORDERED** that the *Unopposed Motion to Extend Time to File Response* (document no. 14) is **GRANTED**. The Government is directed to file a response or answer on or before February 4, 2025. It is further

**ORDERED** that the deadline for Movant to file a reply is sixty days after the filing of the Government's response or answer.

SIGNED this 27th day of September, 2024.

_____
Zack Hawthorn
United States Magistrate Judge