IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

CHRISTOPHER EMORY CRAMER,  §
#12324-081

vs.                                                    §              CIVIL ACTION NO. 1:23cv355
                                                                       CRIM. NO. 1:16-CR-00026(1)

UNITED STATES OF AMERICA    §

## ORDER REQUIRING SUPPLEMENTATION OF DOCKET NO. 10-2

Before the court is Movant Cramer's *Unopposed Motion for Leave to File 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence under Seal* (Dkt. #10). Cramer attached to his Motion for Leave (Dkt. #10) a chart (Dkt. #10-2) consisting of 3-pages that provides the reason(s) why certain information contained in Cramer's Motion to Vacate, Set Aside, or Correct Sentence Trial Pursuant to 28 U.S.C. § 2255 (Dkt. ##11, 12) should be sealed or redacted.

In his chart (Dkt. #10-2), Cramer provides a page number or exhibit number, followed by the reason for requesting to file the information under seal. The majority of the entries state: "privilege" and/or "protective order." (*Id.*) The mere statement of "privilege" or "protective order" is not sufficient information to explain why the information needs to be sealed or redacted.

The court is not required to speculate as to which privilege Cramer is asserting and as against whom. Furthermore, a review of the underlying criminal case, Cause No. 1:16-cr-026(1), reflects that at least five protective orders were entered during pretrial and the pendency of the trial. The court will not speculate as to which protective order Cramer believes is applicable as to each entry. At a minimum, Cramer should state the particular privilege that he is asserting, and/or

1

state which protective order applies. A short explanation as to why the public should not have access to the information where necessary could be helpful to the court. It is

**ORDERED** that within 20 days of the receipt of this Order, Cramer shall file a supplemental Docket No. 10-2 providing additional information to support his claim that certain parts of his section 2255 motion and attached exhibits should be sealed or redacted.

SIGNED this 7th day of November, 2024.

_____
Zack Hawthorn
United States Magistrate Judge