**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-355 CRIM NO. 1:16-CR-00026(1) |
| CHRISTOPHER EMORY CRAMER | § § § § | |

### MOTION FOR EXTENSION OF TIME
### TO FILE SUPPLEMENTATION OF DOCKET NO. 10-2

COMES NOW Movant Christopher Emory Cramer, by and through his undersigned counsel, moves the Court to grant his request for an extension of 14 days, or until December 12, 2024, to respond to this Court's ORDER REQUIRING SUPPLEMENTATION OF DOCKET NO. 10-2.

As good cause for an extension, Cramer submits the following: Despite due diligence, undersigned counsel will be unable to complete the responses by the current due date in light of preexisting obligations and the holiday travel season. Laura Paul had responsive briefing due in a Central District of California case by November 22, and previously planned leave following that through December 2, 2024. Celeste Bacchi has a reply brief in a 2254 proceeding due on Wednesday, November 27, and a post-conviction petition in Pennsylvania state court which will be filed the first week of December. Ms. Bacchi was also on unexpected medical leave November 12th through 15th, 2024.

On November 22, undersigned counsel conferred with counsel for the government, Traci L. Kenner, who had no objection to the granting of this motion.

1

Cramer respectfully requests that this Court finds good cause to grant his request for a

14-day extension of time, until December 12, 2024, to file his supplemental pleading.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 22, 2024            By:   */s/ Laura Paul*
                                          LAURA PAUL
                                          CA Bar No. 329386
                                          Deputy Federal Public Defender
                                          321 East 2nd Street
                                          Los Angeles, California 90012-4202
                                          Telephone: 213-894-3217
                                          Facsimile: 213-894-0081
                                          Email: Laura_Paul@fd.org

                                          CELESTE BACCHI
                                          CA Bar No. 307119
                                          Managing Attorney
                                          1001 Liberty Ave., Ste 1500
                                          Pittsburg, PA 15222
                                          Telephone: 412-644-6565
                                          Facsimile: 412-644-4594
                                          Email: Celeste_Bacchi@fd.org

                                          Attorneys for Petitioner
                                          CHRISTOPHER EMORY CRAMER

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CIVIL ACTION NO. 1:23-CV-355 |
| | § | CRIM NO. 1:16-CR-00026(1) |
| v. | § § | |
| CHRISTOPHER EMORY CRAMER | § § § § | |

**CERTIFICATE OF CONFERENCE**

On November 22, 2024, counsel conferred with counsel for the government, and the government raised no objection to the granting of this motion.

/s/ Laura Paul
LAURA PAUL

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this 22nd day of November 2024. Any other counsel of record will be served by facsimile transmission and/or first-class mail, return receipt requested, on this 22nd day of November 2024.

/s/ Laura Paul
LAURA PAUL

3