**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>§<br>v.   §<br>§<br>CHRISTOPHER EMORY CRAMER §<br> | CIVIL ACTION NO. 1:23-CV-355<br>CRIM NO. 1:16-CR-00026(1) |

<u>**ORDER**</u>

The matter before the Court is Movant Christopher Emory Cramer's filed Motion for Extension of Time to File Supplementation of Docket No. 10-2, requesting an extension of fourteen (14) days, or until December 12, 2024, to file his supplementation to Docket No. 10-2, providing additional information to support his claim that certain parts of his section 2255 motion and attached exhibits should be sealed or redacted.

It is, therefore, **ORDERED** that the Motion filed by Petitioner is **GRANTED**. Petitioner may file his supplemental to Docket No. 10-2 on December 12, 2024.

**IT IS SO ORDERED.**