IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHRISTOPHER EMORY CRAMER,    §
#10422-081                   §
                             §         CIVIL ACTION NO. 1:23-cv-355
                             §
VS.                          §
                             §         DEATH PENALTY
                             §
UNITED STATES OF AMERICA      §

## ORDER

Before the court is Movant Cramer's *Unopposed Motion for Extension of Time to File Supplementation of Docket 10-2* (document no. 17). Movant is requesting an extension of time until December 12, 2024, to file a response the Court's ORDER REQUIRING SUPPLEMENTATION OF DOCKET NO. 10-2 (document no. 16). In support of the motion, Movant explains that his counsels' pre-existing work deadlines and holiday travel requires an extension of time. The request is reasonable. It is therefore

**ORDERED** that the *Unopposed Motion for Extension of Time to File Supplementation of Docket 10-2* (document no. 17) is **GRANTED**. Movant is directed to file his supplemental response on or before December 12, 2024.

SIGNED this 2nd day of December, 2024.

_____
Zack Hawthorn
United States Magistrate Judge