**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § §<br>§<br>§ CIVIL ACTION NO. 1:23-CV-355<br>§ CRIM NO. 1:16-CR-00026(1)<br>§<br>§<br>§<br>§ |
| v. | |
| CHRISTOPHER EMORY CRAMER | |

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COURT'S ORDER (DKT. 21)**

COMES NOW Movant Christopher Emory Cramer, by and through his undersigned counsel, moves the Court to grant his request for an extension of 21 days, or until February 25, 2025, to respond to this Court's ORDER regarding the viability of his habeas claims following the commutation of his sentence.

As good cause for an extension, Cramer submits the following: Despite due diligence, undersigned counsel will be unable to complete the responses by the current due date in light of preexisting obligations and delays caused by the fires in Los Angeles. Laura Paul had briefing due in a Central District of California case on January 30, and was evacuated due to the wildfires in Los Angeles from January 7 to January 13. Celeste Bacchi has a capital postconviction petition due Friday, January 31, and was out of the office for a week earlier this month with norovirus.

On January 28, 2025, undersigned counsel conferred with counsel for the government, Traci L. Kenner, who had no objection to the granting of this motion.

Cramer respectfully requests that this Court finds good cause to grant his request for a

1

21-day extension of time, until February 25, 2025, to file his response.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  January 28, 2025                By:  */s/ Laura Paul*

LAURA PAUL
CA Bar No. 329386
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: 213-894-3217
Facsimile: 213-894-0081
Email: Laura_Paul@fd.org

CELESTE BACCHI
CA Bar No. 307119
Managing Attorney
1001 Liberty Ave., Ste 1500
Pittsburgh, PA 15222
Telephone: 412-644-6565
Facsimile: 412-644-4594
Email: Celeste_Bacchi@fd.org

Attorneys for Petitioner
CHRISTOPHER EMORY CRAMER

2

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CIVIL ACTION NO. 1:23-CV-355 CRIM NO. 1:16-CR-00026(1) |
| v. | § § § |  |
| CHRISTOPHER EMORY CRAMER | § § § § |  |

### CERTIFICATE OF CONFERENCE

On January 28, 2025, counsel conferred with counsel for the government, and the government raised no objection to the granting of this motion.

/s/ Laura Paul
LAURA PAUL

### CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this 28th day of January 2025. Any other counsel of record will be served by facsimile transmission and/or first-class mail, return receipt requested, on this 28th day of January 2025.

/s/ Laura Paul
LAURA PAUL

3