# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | CIVIL ACTION NO. 1:23-CV-355 |
| v. |  | CRIM NO. 1:16-CR-00026(1) |
| CHRISTOPHER EMORY CRAMER |  |  |

## ORDER

The matter before the Court is Movant Christopher Emory Cramer's filed Motion for Extension of Time to File Response to Court's Order (Dkt. 21), requesting an extension of twenty-one (21) days, or until February 25, 2025, to file his response.

It is, therefore, **ORDERED** that the Motion filed by Petitioner is **GRANTED**. Petitioner may file his Response to the order at docket 12 on or before February 25, 2025.

**IT IS SO ORDERED.**