IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-355 |
| | § | Criminal No. 1:16-CR-26(01) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED MOTION TO
STAY RESPONSE DEADLINE**

The government moves to stay the deadline for filing its response to Movant

Christopher Emory Cramer's Section 2255 motion until the Court decides whether a live

case or controversy still exists— and which issues, if any, are not moot—following the

commutation of Cramer's death sentence.

## I. Grounds

Cramer filed a motion to vacate, set aside, or correct sentence under Section 2255

on September 21, 2023.  Trl. Doc. 825; 2255 Doc. 3.  The Court ordered him to reduce

the number of pages, and Cramer filed a compliant motion on December 8, 2023.  2255

Doc. 7, 11, 12.  Cramer raises eighteen numbered claims, most with multiple sub-claims

or underlying theories.

The Court ordered the government to respond, 2255 Doc. 13, and after receiving

an extension, 2255 Doc. 14 and 14, the government's response is due on February 4,

2025.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Cramer's death

sentence to life imprisonment without the possibility of parole.  Trl. Doc. 827; 2255 Doc.

**Motion to Stay — Page 1**

20.  On January 5, 2025, the Court entered an order directing Cramer to respond within 30 days, stating what specific issues in his Section 2255 motion, if any, still present a live case or controversy after the commutation of his sentence or to file a notice of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all issues are moot or if Cramer is content with the result of the commutation.  2255 Doc. 21.  The Court further allowed the government 21 days after Cramer's filing to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot."  2255 Doc. 21.  Cramer has now moved for a 21-day extension to comply with the Court's order.  2255 Doc. 22.

Requiring the government to respond to Cramer's Section 2255 motion before the Court decides how many issues are now moot will unduly burden the government by requiring it to expend a significant amount of time responding to issues that no longer exist.  Staying the case until the Court decides whether a live case or controversy remains will conserve already-strained government resources without working harm on Cramer.

Therefore, the government moves the Court to stay the deadline for the government's response to Cramer's full Section 2255 motion until the Court decides the issues identified in its January 5 Order.  At that point, the government will seek a realistic amount of time to file a response to any remaining issues under Section 2255 after conferring with Cramer's counsel.

## II.  Certificate of Conference

On January 7, 2025, the undersigned conferred with Laura Paul, counsel for Cramer.  She does not oppose a stay.

**Motion to Stay — Page 2**

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025, this document was served by the Court's ECF system on Laura Paul and Celeste Bacchi, counsel for Cramer.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Motion to Stay — Page 3**