IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-355 |
| | § | Criminal No. 1:16-CR-26(01) |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

The government has moved to stay the deadline for filing its response to Movant Christopher Emory Cramer's Section 2255 motion until the Court decides whether a live case or controversy still exists— and which issues, if any, are not moot—following the commutation of Cramer's death sentence.  Movant Cramer does not oppose the motion.

After considering the motion, the Court is of the opinion that the motion is well taken: a stay of this proceeding will preserve strained judicial and government resources without harming Movant Cramer.  It is, therefore,

ORDERED that the Government's Unopposed Motion to Stay is GRANTED, and the deadline for the government's response to Cramer's full Section 2255 motion is stayed until the Court decides what effect, if any, commutation of Cramer's death sentence has on the issues in his pending Section 2255 motion.

**Order Staying Case — Page 1**