IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| vs. | § | CIVIL ACTION NO. 1:23cv355 |
| | | CRIM. NO. 1:16-cr-00026(01) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the court is Movant Cramer's Motion for Extension of Time to File Response to Court's Order (Dkt. #22).    Cramer acknowledges that the court has directed him to file a response as to what claims, if any, remain in his 28 U.S.C. § 2255 motion after the commutation of his death sentence to life without parole.    His response is currently due on or before February 4, 2025.    He seeks a 21-day extension of time until February 25, 2025.

Cramer's counsel state that they were unable to complete the response in the allotted because of the tragic fires in the Los Angeles area, their workload in other federal cases, and illness. They request an extension of time until February 25, 2025.    The motion for extension of time is reasonable.    It is therefore

**ORDERED** that Movant Cramer's Motion for Extension of Time to File Response to Court's Order (Dkt. #22) is **GRANTED**.    Movant Cramer shall file his Response to the Court's Order on or before February 25, 2025.

SIGNED this 3rd day of February, 2025.

_____
Zack Hawthorn
United States Magistrate Judge