IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-355 |
| | § | Criminal No. 1:16-CR-26(01) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S REPLY TO CRAMER'S RESPONSE TO ORDER
FOR STATEMENT REGARDING VIABILITY OF CLAIMS**

In accordance with the Court's order directing Movant Christopher Emory Cramer to identify any claims in his Section 2255 motion that present a live case or controversy after the commutation of his sentence, the government files this reply.

Cramer filed a motion to vacate, set aside, or correct sentence under Section 2255 on September 21, 2023. Trl. Doc. 825; 2255 Doc. 3. The Court ordered him to reduce the number of pages, and Cramer filed a compliant motion on December 8, 2023. 2255 Doc. 7, 11, 12. The motion raised eighteen numbered claims, most with multiple sub-claims or underlying theories. The Court ordered the government to respond, 2255 Doc. 13, and after receiving an extension, the government's response was due on February 4, 2025.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Cramer's death sentence to life imprisonment without the possibility of parole. Trl. Doc. 827; 2255 Doc. 20. On January 5, 2025, the Court entered an order directing Cramer to respond within 30 days with a statement identifying any claims in his Section 2255 motion that still present a live case or controversy after the commutation of his sentence or to file a notice

Reply to Response Regarding Moot Claims — Page 1

of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims are moot or if Cramer is content with the result of the commutation.  2255 Doc. 21.  The Court further directed the government to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot" within 21 days after Cramer's filing.  2255 Doc. 21.  Although the order appeared to stay all proceeding pending resolution of the mootness issue, on January 28, 2025, the government filed a motion to stay the deadline for the response to Cramer's full Section 2255 motion out of an abundance of caution.  2255 Doc. 23.  That motion remains pending.

Cramer has now responded to the Court's order.  2255 Doc. 25.  He identifies 13 claims that he believes remain viable in whole or part.  *Id.* at 7.  After reviewing the response, the government agrees that—to the extent the identified claims challenge Cramer's conviction instead of his sentence—they are not moot.

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Reply to Response Regarding Moot Claims — Page 2**

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2025, this document was served by the Court's ECF system on Laura Paul and Celeste Bacchi, counsel for Cramer.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Reply to Response Regarding Moot Claims — Page 3**