IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER, | § | |
| vs. | § | CIVIL ACTION NO. 1:23-cv-355 |
| | | CRIM. NO. 1:16-CR-00026(1) |
| UNITED STATES OF AMERICA | § | |

**<u>ORDER FOR GOVERNMENT'S ANSWER OR RESPONSE</u>**

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Cramer in Criminal Action No. 1:16-CR-00026(1) to life imprisonment without the possibility of parole. (Doc. No. 20.). On January 5, 2025, the present case was stayed and administratively closed (Doc. No. 21.) while the parties explored which claims remained viable after the President's commutation of Cramer's death sentence.

Cramer filed his *Response to Order For Statement Regarding Viability of Claims* (Doc. No. 25.) narrowing his claims to thirteen non-death penalty claims. The Government filed its *Reply to Cramer's Response to Order for Statement Regarding Viability of Claims* (Dkt. #26) agreeing in principle that thirteen claims are not moot. Thereafter, the Court lifted the stay and returned the case to the active docket (Doc. No. 27.).

Given that the parties have agreed in principle that some claims remain viable after the commutation of Cramer's death sentence, it is therefore

**ORDERED** that the United States Attorney, on behalf of the United States of America, shall have until August 27, 2025, to answer Cramer's motion regarding the thirteen claims in full compliance with 28 U.S.C. § 2255 and to show cause why the relief prayed for should not be granted. *See* Rule 4(b), Rules Governing Section 2255 Proceedings. It is further

**ORDERED** that the Government's *Unopposed Motion to Stay Response Deadline* (Doc. No. 23.) is **DENIED** as **MOOT**.

SIGNED this 23rd day of May, 2025.

_____

Zack Hawthorn
United States Magistrate Judge