IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-355 |
| | § | Criminal No. 1:16-CR-26(01) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

The government moves to exceed the page limit set out in Local Rule CV-3(b) for responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

**I.  Proceedings**

Movant Christopher Emory Cramer filed a motion to vacate, set aside, or correct sentence under Section 2255 on September 21, 2023.  Trl. Doc. 825; 2255 Doc. 3.  The Court ordered him to reduce the number of pages to 170, and Cramer filed a compliant motion on December 8, 2023.  2255 Doc. 7, 11, 12.  The Court ordered the government to respond, 2255 Doc. 13, and after receiving an extension, the government's response was due on February 4, 2025.

On December 23, 2024, Cramer's death sentence was commuted to life imprisonment without the possibility of parole, Trl. Doc. 827; 2255 Doc. 20, so the Court stayed the proceeding and ordered him to identify any claims in his Section 2255 motion that were not moot, 2255 Doc. 21.  Cramer responded, identifying 13 of his 18 original claims that he believes remain viable in whole or part, 2255 Doc. 25 at 7.

The Court ordered the government to respond by August 27, 2025.  2255 Doc. 28.

**Motion to Exceed Page Limit - Page 1**

The response is complete and has 115 countable pages. Therefore, the government moves for permission to exceed the page limit.

## II. Grounds for Motion

Under Local Rule CV-3(b), "[a]bsent leave of court, … 28 U.S.C. § 2255 motions and the initial responsive pleadings thereto[] shall not exceed … one hundred pages in death penalty cases, excluding attachments." The government has diligently edited its response to Cramer's motion, but it cannot adequately respond to his claims in one hundred pages. Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-3(b). The government assures the Court that its response will not exceed 115 pages, excluding the cover sheet, tables, certificates and any exhibits.

## III. Certificate of Conference

The undersigned conferred by email with Celeste Bacchi, counsel for Cramer, on August 1, 2025. She does not oppose this motion.

## IV. Conclusion

The government moves for leave to file a response to Cramer's Section 2255 motion that does not exceed 115 pages, excluding the cover sheet, tables, certificates and any exhibits.

Respectfully submitted,

Jay R. Combs
Acting United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

**Motion to Exceed Page Limit - Page 2**

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on August 25, 2025, this document was served by the Court's ECF system on Laura Paul and Celeste Bacchi, counsel for Cramer.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney