IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-355 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## O R D E R

Before the Court is the Government's Unopposed Motion to Exceed Page Limits. (Dkt. #29). The Government seeks leave to file an Answer or Response to Cramer's Section 2255 Motion to Vacate, Set Aside or Correct Judgment (Dkt. #26) not to exceed 115 pages, not including the tables or certificate of service.

The Government asserts that additional pages are necessary to fully respond to Cramer's 13 non-death penalty claims for relief as the Government must fully set out its affirmative defenses and those claims which trigger certain aspects of the AEDPA. The Government's arguments are well taken. The request for excess pages is reasonable. Accordingly, it is

**ORDERED** that the Government's Unopposed Motion to Exceed Page Limit (Dkt. #29) is **GRANTED**

SIGNED this 27th day of August, 2025.

_____
Zack Hawthorn
United States Magistrate Judge