**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case 1:23-cv-00355-MAC-ZJH |
| | : | Related Case No: (1:16-CR-26) |
| | : | |
| | : | **2255 PROCEEDINGS** |
| -v- | : | |
| | : | Hon. Marcia A. Crone |
| CHRISTOPHER EMORY CRAMER, | : | |

**MOTION FOR APPOINTMENT OF COUNSEL**

**FOR PROCEEDINGS PURSUANT TO 28 U.S.C. § 2255**

Movant, Christopher Emory Cramer, an indigent, formerly capital federal prisoner currently serving a life sentence without the possibility of parole, respectfully moves the Court, pursuant to 18 U.S.C. § 3599(a)(2), to appoint counsel to represent him in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. Specifically, Mr. Cramer requests that the Court appoint the Federal Public Defender Office for the District of Nevada (FPD-NV), Capital Habeas Unit as counsel because his longtime attorney, Celeste Bacchi, now works with the FPD-NV. In support, he states the following.

1.      Petitioner, Christopher Emory Cramer, is a federal prisoner who was convicted and sentenced to death in this Court (No. 1:16-CR-26). His conviction and sentence were affirmed by the United States Court of Appeals for the Fifth Circuit on direct appeal, *United States v. Cramer*, 2018 WL 7821095, and his petition for certiorari was denied by the United States Supreme Court. *Christopher Emory Cramer v. United States*, No. 21-5991.

2.       On March 2, 2022, this Court appointed the Federal Public Defender for the Central District of California (FPD-CAC) to represent Mr. Cramer in his § 2255 proceedings. (Doc. 770). As required by Administrative Office of the Courts (AO) protocol, notification of the potential out-of-district defender appointment was provided to Fifth Circuit Judge Owen, who posed no objection to the appointment. Assistant Federal Public Defenders Celeste Bacchi, Laura Paul, and Devon Porter[1], all attorneys with the Capital Habeas Unit, were assigned to Mr. Cramer's case by FPD-CAC.

3.       In late 2022, prior to Mr. Cramer's statutory § 2255 deadline, Ms. Bacchi relocated to Pittsburgh, Pennsylvania and joined the Federal Public Defender for the Western District of Pennsylvania as an Assistant Federal Public Defender. In order to maintain continuity of representation in Mr. Cramer's capital § 2255 litigation, FPD-WPA and Ms. Bacchi filed a motion to have FPD-WPA appointed along with FPD-CAC. (Doc. 769). This court granted the motion and appointed FPD-WPA. (Doc. 770).

4.       Mr. Cramer timely filed his § 2255 motion in September 2023. (Doc. 823-1). Mr. Cramer's death sentence was commuted to life in prison without the possibility of parole by President Joseph Biden on December 23, 2024. Magistrate Judge Zack Hawthorn ordered the parties to brief the viability of claims given the grant of executive clemency. *Cramer v. United States*, Case No. 1:23-cv-355 (Jan. 5, 2025) (Doc. 21). After briefing, this Court found that numerous claims challenging Mr. Cramer's conviction are not moot and ordered the Government to file an Answer. *Id.* (Doc. 28). The Government filed its Answer on August 25, 2025. *Id.* (Doc. 30). Mr. Cramer's Reply is currently due on October 27, 2025.

---

[1] Ms. Porter resigned from the FPD-CAC in 2023 and is no longer counsel for Mr. Cramer. Ms. Paul recently accepted a position with FPD-CAC's trial unit and has stepped down from the case. FPD-CAC assigned attorney Jonathan Aminoff to replace Ms. Paul; Mr. Aminoff entered his notice of appearance on September 15, 2025.

5.      Earlier this year, Ms. Bacchi joined the Federal Public Defender for the District of Nevada (FPD-NV). While FPD-CAC remains appointed to Mr. Cramer's case, Ms. Bacchi and FPD-NV respectfully ask this Court to appoint FPD-NV as co-counsel for Mr. Cramer along with FPD-CAC.[2]

6.      Rene Valladares, the Federal Public Defender for the District of Nevada, is willing to accept the appointment for Mr. Cramer. Like FPD-CAC, the FPD-NV maintains both capital and non-capital habeas units that specialize in habeas cases under 28 U.S.C. §§ 2255 and 2254. The office has significant experience with federal capital prosecutions, prison homicides, and § 2255 litigation and has the resources and experience to litigate Mr. Cramer's case.

7.      As noted in Mr. Cramer's previous motions for appointment of counsel, Ms. Bacchi has over 20 years of experience in capital and non-capital postconviction cases and is admitted to practice in California and Florida. She has represented three other § 2255 petitioners, including one sentenced to death in the Northern District of Texas. Ms. Bacchi also has experience investigating and preparing an initial federal petition for a prisoner sentenced to death by the State of Texas.

8.      The FPD-NV will not request from this Court any funds for attorneys' fees, investigation, travel expenses, experts, or any other expenses.

9.      On July 30, 2025, Ms. Bacchi spoke with Emily Duckworth, Law Clerk for District Judge Crone. Ms. Duckworth spoke with Judge Crone and informed Ms. Bacchi that Judge Crone has no objection to appointing Ms. Bacchi and FPD-NV to Mr. Cramer's case.

10.     On September 8, 2025, FPD-NV received oral confirmation from Angela Kiper, attorney advisor with DSO, that DSO approves FPD-NV's appointment to Mr. Cramer's case.

---

[2] Ms. Bacchi appears in this Court pro hac vice. (Doc. 768).

WHEREFORE, Mr. Cramer respectfully requests that the Court appoint the Federal Public Defender for the District of Nevada as counsel in all available postconviction remedies. A proposed order accompanies this motion.

Dated this 22nd day of September, 2025.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Celeste Bacchi*
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Nevada
411 E. Bonneville Avenue
Las Vegas, NV 89101

4

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this 22nd day of September, 2025.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case 1:23-cv-00355-MAC-ZJH |
| | : | Related Case No: (1:16-CR-26) |
| | : | **2255 PROCEEDINGS** |
| -v- | : | |
| | : | Hon. Marcia A. Crone |
| CHRISTOPHER EMORY CRAMER, | : | |

**ORDER**

AND NOW, this ____ day of _____, 2025, this Court GRANTS Movant's Motion for Appointment of Counsel.

1.    This Court finds that Movant Christopher Emory Cramer is eligible for the appointment of counsel to represent him in a to-be-filed section 2255 Motion with respect to his capital conviction and sentence.

2.    Given previously-appointed counsel Celeste Bacchi's relocation to the Federal Public Defender for the District of Nevada, the Court appoints the Federal Public Defender for the District of Nevada to represent Mr. Cramer in conjunction with the Federal Public Defender for the Central District of California.

3.  The Court finds that Mr. Cramer is indigent and accordingly he may proceed in this action *in forma pauperis.*

**SO ORDERED.**

_____
ZACK HAWTHORN
United States Magistrate Judge

6