**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case 1:23-cv-00355-MAC-ZJH |
|  | : | Related Case No: (1:16-CR-26) |
|  | : |  |
|  | : | **2255 PROCEEDINGS** |
| -v- | : |  |
|  | : | Hon. Marcia A. Crone |
| CHRISTOPHER EMORY CRAMER, | : |  |

**ORDER**

AND NOW, this ____ day of _____, 2025, this Court GRANTS Movant's Motion for Appointment of Counsel.

1. This Court finds that Movant Christopher Emory Cramer is eligible for the appointment of counsel to represent him in a to-be-filed section 2255 Motion with respect to his capital conviction and sentence.

2. Given previously-appointed counsel Celeste Bacchi's relocation to the Federal Public Defender for the District of Nevada, the Court appoints the Federal Public Defender for the District of Nevada to represent Mr. Cramer in conjunction with the Federal Public Defender for the Central District of California.

3. The Court finds that Mr. Cramer is indigent and accordingly he may proceed in this action *in forma pauperis*.

**SO ORDERED.**