IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-355 |
| | | CRIMINAL NO. 1:16-CR-00026(1) |
| UNITED STATES OF AMERICA | § | |

<u>ORDER</u>

Currently pending is a Motion to Appoint Counsel for Proceedings filed September 22, 2025 (doc. #33). Given previously-appointed counsel Celeste Bacchi's relocation to the Federal Public Defender for the District of Nevada, the court finds the motion meritorious. It is,

**ORDERED** that the Motion to Appoint Counsel for Proceedings (doc. #33) is **GRANTED**. The court appoints the Federal Public Defender for the District of Nevada, Celeste Bacchi, to represent Cramer in conjunction with the Federal Public Defender for the Central District of California. The court finds that Cramer is indigent and accordingly may proceed in this action *in forma pauperis*.

SIGNED this 5th day of March, 2026.

_____
Zack Hawthorn
United States Magistrate Judge