IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHRISTOPHER EMORY CRAMER      §
                              §
V.                            §      Civil No. 1:23-CV-355
                              §      Criminal No. 1:16-CR-26(01)
UNITED STATES OF AMERICA      §

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO ORDER REGARDING SEALING**

The government moves for a two-week extension of time to respond to the Court's order regarding sealing the government's response to Movant Christopher Emory Cramer's Section 2255 motion. 2255 Doc. 36. In support thereof, the government shows the following:

**I. Proceedings**

Cramer filed a motion to vacate, set aside, or correct sentence under Section 2255 on September 21, 2023. Trl. Doc. 825; 2255 Doc. 3. After being ordered to reduce the number of pages, Cramer filed the operative motion on December 8, 2023. 2255 Doc. 7, 11. Cramer moved to file the motion under seal, and the motion was filed under seal. 2255 Doc. 10, 11. Nearly a year later, on November 7, 2024, the Court ordered Cramer to file a supplemental motion to seal, providing justification for sealing his motion and exhibits. 2255 Doc. 16. Cramer filed a response, arguing that significant portions of his motion and exhibits should remain sealed. 2255 Doc. 19. That response, which was filed on December 11, 2024, was also filed under seal, 2255 Doc. 19, but a redacted version of his Section 2255 motion was back filed, giving the appearance that it had been filed on

**Motion for Extension — Page 1**

December 8, 2023, 2255 Doc. 12.

On December 23, 2024, Cramer's death sentence was commuted to life imprisonment without the possibility of parole.  Trl. Doc. 827; 2255 Doc. 20.  On January 5, 2025, the Court stayed the case and ordered Cramer to identify any claims that were not mooted by the clemency.  2255 Doc. 21.  Cramer responded, and the government replied.  2255 Doc. 25, 26.

Before Cramer received clemency, the government's response to the Section 2255 motion was due on February 4, 2025, *see* 2255 Doc. 13, 14, but that deadline was stayed. After the stay was lifted, the Court ordered the government to respond to the remaining claims.  2255 Doc. 28.  The government filed it's response on August 25, 2025.  2255 Doc. 30.  Because the government mistakenly believed that Cramer's entire Section 2255 motion and exhibits remained under seal, the response was filed under seal.  2255 Doc. 30.

The Court has now ordered the government to file an unsealed response with the portions that should remain sealed redacted and a motion explaining why the redacted portions require sealing.  2255 Doc. 36.  The filings are due on April 16, 2026.  The government respectfully moves for a two-week extension, moving its deadline to April 30, 2026.

## II.  Grounds

Before the order in this case, counsel was assigned to write the government's brief in *United States v. Herndon*, No. 25-40388, for the Fifth Circuit.  That brief is due on April 15, 2026.  Due to complications obtaining the record from the five-day trial in that

case, the brief is not finished and will not be filed before the deadline.  It is not possible for the counsel to complete the brief in *Herndon* and adequately comply with this Court's redaction order in the time currently allotted.  Therefore, the government requests a two-week extension from the April 16 filing deadline in this case.

### III.  Certificate of Conference

On April 7, 2026, the undersigned conferred with Jonathan Aminoff, counsel for Cramer.  He does not oppose the requested extension.

### IV.  Conclusion

The government respectfully urges the Court to extend the filing deadline in this case from April 16, 2026, to April 30, 2026.

Respectfully submitted,

Jay R. Combs
United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Motion for Extension — Page 3**

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2026, this document was served by the Court's ECF

system on Celeste Bacchi and Jonathan Aminoff, counsel for Cramer.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney