IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | Civil No. 1:23-CV-355 |
| V. | § | Criminal No. 1:16-CR-26(01) |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

The government has moved for an extension of time to respond to the Court's order regarding sealing, Doc. 36, moving the filing deadline from April 15, 2026, to April 30, 2026. Movant Christopher Emory Cramer does not oppose.

After considering the motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Unopposed Motion to Extend Time to Respond to Order Regarding Sealing is GRANTED. It is further ORDERED that the Government's Response is due on April 30, 2026.