IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

CHRISTOPHER EMORY CRAMER      §

VS.      §      CIVIL ACTION NO. 1:23-CV-355
     CRIM. NO. 1:16-CR-00026(01)

UNITED STATES OF AMERICA      §

ORDER

Currently pending is Respondent's Motion for Extension of Time to Respond to Order Regarding Sealing (doc. #37). Respondent seeks a two-week extension to file an unsealed Response with those portions of the Response that they deem needs redaction along with a separate motion explaining why non-disclosure of the information outweighs the public's right of access to the judicial record. The motion is unopposed. The motion is meritorious and should be granted. It is,

**ORDERED** Respondent's Motion for Extension of Time to File Respond to Order Regarding Sealing (doc. #37) is **GRANTED**. The Response is now due no later than April 30, 2026.

SIGNED this 9th day of April, 2026.

_____
Zack Hawthorn
United States Magistrate Judge