IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EMORY CRAMER | § | |
| | § | Civil No. 1:23-CV-355 |
| V. | § | Criminal No. 1:16-CR-26(01) |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

Christopher Emory Cramer has filed a motion for relief under 28 U.S.C. § 2255, and the government has responded.

After considering the motion, the Court is of the opinion that the motion should be denied. It is, therefore,

ORDERED that Christopher Emory Cramer's Motion under 28 U.S.C. § 2255 is DENIED.